# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TARRELL MOSLEY, | ) |
| Plaintiff, | ) 2:14-cv-627-APG-GWF |
| v. | ) **ORDER** |
| DWIGHT NEVEN, | ) |
| Defendant. | ) |

## I. DISCUSSION

Plaintiff, who was a prisoner in the custody of the Nevada Department of Corrections ("NDOC") at the time he submitted this case, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis*. (ECF No. 1, 1-1). According to the NDOC inmate search database, Plaintiff has been released from prison. Plaintiff has not updated his current address with this Court.

Pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

. . .

. . .

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall have thirty (30) days from the date of this order to file his updated address with this Court.

IT IS FURTHER ORDERED that if Plaintiff fails to file his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

DATED this 4th day of June, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge